Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Plaintiffs*
*Novo Nordisk Inc. and*
*Novo Nordisk A/S*

Of Counsel:

Jeffrey J. Oelke
Ryan P. Johnson
Robert E. Counihan
Laura T. Moran
Erica R. Sutter
Olivia L. Wheeling
FENWICK & WEST LLP
902 Broadway, Suite 18
New York, NY  10010-6035
(212) 430-2600
joelke@fenwick.com
ryan.johnson@fenwick.com
rcounihan@fenwick.com
laura.moran@fenwick.com
esutter@fenwick.com
owheeling@fenwick.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIO BIOPHARMACEUTICALS, INC.,<br><br>    Defendant. | C.A. No. _____<br><br>**(Filed Electronically)** |

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S state as follows:

1. Novo Nordisk Inc. is a non-governmental, privately held corporation wholly owned by Novo Nordisk Commercial Holdings, Inc.  Novo Nordisk Commercial Holdings, Inc.

is wholly owned by Novo Nordisk US Holdings Inc.  Novo Nordisk US Holdings Inc. is a privately held corporation wholly owned by Novo Nordisk A/S.

2. Novo Nordisk A/S is a non-governmental, publicly traded Danish corporation. Novo Nordisk A/S's corporate parent is Novo Holdings A/S.  Novo Holdings A/S is wholly owned by Novo Nordisk Foundation, a privately held entity.  No publicly held company owns 10% or more of the stock of Novo Nordisk A/S.

| | |
|---|---|
| Dated: January 19, 2024 | By: s/ Charles M. Lizza |
| | Charles M. Lizza |
| OF COUNSEL: | William C. Baton |
| | Sarah A. Sullivan |
| Jeffrey J. Oelke | Alexander L. Callo |
| Ryan P. Johnson | SAUL EWING LLP |
| Robert E. Counihan | 1037 Raymond Blvd., Suite 1520 |
| Laura T. Moran | Newark, NJ 07102 |
| Erica R. Sutter | (973) 286-6700 |
| Olivia L. Wheeling | clizza@saul.com |
| FENWICK & WEST LLP | wbaton@saul.com |
| 902 Broadway, Suite 18 | sarah.sullivan@saul.com |
| New York, NY  10010-6035 | alexander.callo@saul.com |
| (212) 430-2600 | |
| joelke@fenwick.com | *Attorneys for Plaintiffs* |
| ryan.johnson@fenwick.com | *Novo Nordisk Inc. and Novo Nordisk A/S* |
| rcounihan@fenwick.com | |
| laura.moran@fenwick.com | |
| esutter@fenwick.com | |
| owheeling@fenwick.com | |