Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Plaintiffs*
*Novo Nordisk Inc. and*
*Novo Nordisk A/S*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK, INC. and NOVO NORDISK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>RIO BIOPHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 24-cv-330 (RMB)(SAK)<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**(Filed Electronically)** |

**WHEREAS** Plaintiffs Novo Nordisk, Inc. and Novo Nordisk A/S ("Plaintiffs" or "Novo Nordisk") and Defendant Rio Biopharmaceuticals, Inc., ("Defendant" or "Rio") are parties to C.A. No. 24-cv-330 (the "Action"), involving United States Patent Nos. 8,114,833 and 9,265,893 (collectively, the "patents-at-issue");

**NOW THEREFORE, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between Novo Nordisk and Rio, through their undersigned counsel of record, subject to the approval of the Court, that:

(1) Rio filed Abbreviated New Drug Application ("ANDA") No. 218241 (the "Rio ANDA") seeking approval to engage in the commercial manufacture, use, and/or sale of generic liraglutide solution injection in 18 mg/3 ml (6 mg/ml) ("ANDA Product") before the expiration of the patents-at-issue;

(2) Novo Nordisk filed the Action against Rio alleging that Rio infringed the patents-at-issue, among others, by filing the Rio ANDA;

(3) Novo Nordisk and Rio have resolved the Action;

(4) All claims, counterclaims, and affirmative defenses between Novo Nordisk and Rio concerning the patents-at-issue are dismissed without prejudice;

(5) Nothing herein prohibits Rio from maintaining a Paragraph IV certification to the patents-at-issue in the Rio ANDA for the purposes of receiving or maintaining final approval of the Rio ANDA, or prevents FDA from granting final approval of the Rio ANDA;

(6) Novo Nordisk and Rio stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of this Action; and

(7) Each party will bear its own attorneys' fees and costs.

Dated: July 26, 2024

| | |
|---|---|
| s/ Charles M. Lizza | s/ Arnold B. Calmann |
| Charles M. Lizza | Arnold B. Calmann |
| William C. Baton | Katherine A. Escanlar |
| Sarah A. Sullivan | SAIBER LLC |
| Alexander L. Callo | 18 Columbia Turnpike |
| SAUL EWING LLP | Suite 200 |
| 1037 Raymond Blvd., Suite 1520 | Florham Park, NJ 07932 |
| Newark, NJ 07102 | (973) 622-3333 |
| (973) 286-6700 | abc@saiber.com |
| clizza@saul.com | kescanlar@saiber.com |
| wbaton@saul.com | |
| sarah.sullivan@saul.com | |
| alexander.callo@saul.com | |
| | |
| *Attorneys for Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S* | *Attorneys for Defendant Rio Biopharmaceuticals, Inc.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jeffrey J. Oelke | Stephen R. Auten |
| Ryan P. Johnson | Philip Y. Kouyoumdjian |
| Robert Counihan | Jaimin H. Shah |
| Laura T. Moran | TAFT, STETTINIUS & HOLLISTER LLP |
| Erica R. Sutter | 111 East Wacker Drive |
| FENWICK & WEST LLP | Suite 2600 |
| 902 Broadway, Fl. 18 | Chicago, IL 60601 |
| New York, NY 10010-6035 | (312) 527-4000 |
| (212) 430-2600 | |

SO ORDERED this 29th day of July, 2024.

_____
HON. RENÉE MARIE BUMB, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE